AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05-809

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____6____ COPIES OF AO FORM 85.

____NOV 2 2 2005____  ____Shane Handlin____
(Date forms issued)   (Signature of Party or their Representative)

____Shane Handlin____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action