IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>SOUTHERN DELAWARE CENTER :<br>FOR CHILDREN AND FAMILIES, INC. :<br>FRANCIS A. OGUNDARE, CAROLYN :<br>WILLIAMS, REVEREND LEON :<br>WILLIAMS, WILLIAM B. DUFFY, :<br>WALLACE F. HANDY, KATHERINE :<br>H. LEWIS, DEBORAH WASHINGTON :<br>and ROSAMAE I. SMITH, :<br>:<br>Defendants. : | Civil Action No. 05-809 |

**MOTION FOR A TEMPORARY RESTRAINING ORDER, OR, IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION**

Plaintiff United States Department of Health and Human Services ("DHHS") hereby moves pursuant to Fed. R. Civ. P. 65 for a temporary restraining order, or, in the alternative, a preliminary injunction. In support of this Motion, the Court is respectfully referred to the accompanying brief. A proposed Order consistent with this Motion is attached hereto as Exhibit A.

DATED: November 23, 2005

                                          Respectfully Submitted,

                                          COLM F. CONNOLLY
                                          United States Attorney

                                    By: /s/ Seth M. Beausang
                                          Seth M. Beausang (I.D. No. 4071)
                                          Assistant United States Attorney
                                          Attorney for the United States
                                          The Nemours Building
                                          1007 Orange Street, Suite 700
                                          P.O. Box 2046
                                          Wilmington, DE 19899-2046
                                          (302) 573-6277
                                          seth.beausang@usdoj.gov