**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, : : : Plaintiff, : : v. : : SOUTHERN DELAWARE CENTER : FOR CHILDREN AND FAMILIES, INC. : FRANCIS A. OGUNDARE, CAROLYN : WILLIAMS, REVEREND LEON : WILLIAMS, WILLIAM B. DUFFY, : WALLACE F. HANDY, KATHERINE : H. LEWIS, DEBORAH WASHINGTON : and ROSAMAE I. SMITH, : : Defendants. : | Civil Action No. 05-809 |

**ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of Plaintiff United States Department of Health and Human Services' ("DHHS") Motion For A Temporary Restraining Order, Or, In The Alternative, A Preliminary Injunction, and notice having been given to all Defendants, it is ORDERED that the Defendants shall:

(1) Immediately grant Community Development Institute ("CDI") and DHHS access to the Laverty Lane Child Care Center at 2 Laverty Lane, Bridgeville, Delaware 19933, and the Southern Delaware Center for Children and Families, Inc.'s ("Southern Delaware") Administrative Office at 18907 Unit 4 Maranatha Way, Bridgeville, Delaware 19933, and turn over to CDI or DHHS the leases associated with those facilities;

(2) Immediately turn over to CDI or DHHS all vehicle keys and titles possessed by Southern Delaware that were purchased with Head Start funds, and all equipment and supplies

that Southern Delaware possesses that were purchased with Head Start funds;

(3) Immediately provide DHHS with a final inventory that lists all equipment Southern Delaware acquired with Head Start funds or that is otherwise federally owned; and

(4) Immediately grant CDI and DHHS unrestricted access to any books, documents, papers, or other records of recipients that are pertinent to Southern Delaware's Grant, in order to make audits, examinations, excerpts, transcripts and copies of such documents, and grant CDI and DHHS timely and reasonable access to a Southern Delaware's personnel for the purpose of interview and discussion related to such documents.

_____
United States District Judge