**EXHIBIT F**

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
# ADMINISTRATION FOR CHILDREN AND FAMILIES
# FINANCIAL ASSISTANCE AWARD

1. RECIPIENT

SAI NUMBER: 82051401

PMS DOCUMENT NUMBER: 03CH001616

| 1. AWARDING OFFICE: Region III Office for Children and Families | 2. ASSISTANCE TYPE: Discretionary Grant | 3. AWARD NO.: 03CH0016/16 | 4. AMEND. NO.: 5 |
|---|---|---|---|
| 5. TYPE OF AWARD: SERVICE | 6. TYPE OF ACTION: Supplement | 7. AWARD AUTHORITY: 42 USC 9801 ET SEQ. | |
| 8. BUDGET PERIOD: 01/01/1997 THRU 12/31/1997 | 9. PROJECT PERIOD: INDEFINITE | 10. CAT NO.: 93600 ... | |

**11. RECIPIENT ORGANIZATION:**
SOUTHERN DELAWARE CENTER FOR CHILDREN AND FAMILIES, INC
Rt 3 Box 13 E
Bridgeville DE 19933
Pam Curry, Asccf President

**12. PROJECT / PROGRAM TITLE:**
HEAD START PROGRAM

| 13. COUNTY: SUSSEX | 14. CONGR. DIST: 1 | 15. PRINCIPAL INVESTIGATOR OR PROGRAM DIRECTOR: Vergie Benton, Executive Head Start Director |
|---|---|---|

### 16. APPROVED BUDGET:

| | | |
|---|---|---|
| Personnel | $ | 588,446 |
| Fringe Benefits | $ | 175,721 |
| Travel | $ | 6,350 |
| Equipment | $ | 39,660 |
| Supplies | $ | 61,603 |
| Contractual | $ | 0 |
| Other | $ | 380,858 |
| Direct Costs | $ | 1,252,638 |
| Indirect Costs | $ | 0 |
| At % of $ | | |
| In Kind Contributions | $ | 0 |
| Total Approved Budget(**) | $ | 1,252,638 |

### 17. AWARD COMPUTATION:

| | | | |
|---|---|---|---|
| A. NON-FEDERAL SHARE | $ | 313,160 | 20.00 % |
| B. FEDERAL SHARE | $ | 1,252,638 | 80.00 % |

### 18. FEDERAL SHARE COMPUTATION:

| | | |
|---|---|---|
| A. TOTAL FEDERAL SHARE | $ | 1,252,638 |
| B. UNOBLIGATED BALANCE FEDERAL SHARE | $ | 236,124 |
| C. FED. SHARE AWARDED THIS BUDGET PERIOD. | $ | 1,016,514 |

| 19. AMOUNT AWARDED THIS ACTION: | $ | 44,160 |
|---|---|---|
| 20. FEDERAL $ AWARDED THIS PROJECT PERIOD: | $ | |

**21. AUTHORIZED TREATMENT OF PROGRAM INCOME:**
ADDITIONAL COSTS

| 22. APPLICANT EIN: 1-510122986-A1 | 23. PAYEE EIN: 1-510122986-A1 | 24. OBJECT CLASS: 41.51 |
|---|---|---|

### 25. FINANCIAL INFORMATION:

| ORGN | DOCUMENT NO. | APPROPRIATION | CAN NO. | NEW AMT. | UNOBLIG. | NONFED % |
|---|---|---|---|---|---|---|
| R03 | 03CH001616 | 75-7-1536 | 1997 G034122 | $44,160 | | |

### 26. REMARKS:

FY'97 FUNDING LEVEL    AMT AWARDED TO DATE       PA 22
PD/TRAN/COLA/QUAL    $815,687        $ 815,687       PA 25 PCC
213,963          213,963         PA 22 REPROGRAMMED
152,124          PA 22 PROG. IMP/ONE TIME
55,700           PA 20 T&TA
THIS ACTION                                       15,164
AWARDS ONE-TIME PROGRAM IMPROVEMENT FUNDS ($39,000) FOR HEPATITIS VACCINES, AND A 36 PASSENGER BUS.

| 27. SIGNATURE - ACF GRANTS OFFICER  DATE: | 28. SIGNATURE(S) CERTIFYING FUND AVAILABILITY |
|---|---|
| ROBERT SULLIVAN | |
| 29. SIGNATURE AND TITLE - PROGRAM OFFICIAL(S)  DATE: | |
| GWENDOLYN DEVEAUX-WAY, HEAD START BRANCH CHIEF | |

DGCM-3-785 (Rev. 86)    FAA originally printed on: 09/19/1997    (CH)

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## ADMINISTRATION FOR CHILDREN AND FAMILIES
### FINANCIAL ASSISTANCE AWARD

**1. RECIPIENT**

**SAI NUMBER:** 82051401
**PMS DOCUMENT NUMBER:** 03CH001617

| 1. AWARDING OFFICE: Region III Office for Children and Families | 2. ASSISTANCE TYPE: Discretionary Grant | 3. AWARD NO.: 03CH0016/17 | 4. AMEND. NO.: 4 |
|---|---|---|---|
| 5. TYPE OF AWARD: SERVICE | 6. TYPE OF ACTION: Supplement | 7. AWARD AUTHORITY: 42 USC 9801 ET SEQ. | |
| 8. BUDGET PERIOD: 01/01/1998 THRU 12/31/1998 | 9. PROJECT PERIOD: INDEFINITE | 10. CAT NO.: 93600 ... | |

**11. RECIPIENT ORGANIZATION:**
SOUTHERN DELAWARE CENTER FOR CHILDREN AND FAMILIES, INC
Rt 3 Box 13 E
Bridgeville DE 19933
Pam Curry, Asccf President

**12. PROJECT / PROGRAM TITLE:**
HEAD START PROGRAM

| 13. COUNTY: SUSSEX | 14. CONGR. DIST: 1 | 15. PRINCIPAL INVESTIGATOR OR PROGRAM DIRECTOR: Vergie Benton, Executive Head Start Director |
|---|---|---|

### 16. APPROVED BUDGET:

| | | |
|---|---|---|
| Personnel | $ | 548,623 |
| Fringe Benefits | $ | 183,778 |
| Travel | $ | 17,713 |
| Equipment | $ | 80,690 |
| Supplies | $ | 4,071 |
| Contractual | $ | 0 |
| Other | $ | 174,338 |
| Direct Costs | $ | 1,009,213 |
| Indirect Costs At % of $ | $ | 0 |
| In Kind Contributions | $ | 0 |
| Total Approved Budget(**) | $ | 1,009,213 |

### 17. AWARD COMPUTATION:

| | | | |
|---|---|---|---|
| A. NON-FEDERAL SHARE | $ | 252,303 | 20.00 % |
| B. FEDERAL SHARE | $ | 1,009,213 | 80.00 % |

### 18. FEDERAL SHARE COMPUTATION:

| | | |
|---|---|---|
| A. TOTAL FEDERAL SHARE | $ | 1,009,213 |
| B. UNOBLIGATED BALANCE FEDERAL SHARE | $ | 130,088 |
| C. FED. SHARE AWARDED THIS BUDGET PERIOD | $ | 879,125 |

| 19. AMOUNT AWARDED THIS ACTION: | $ 34,200 |
|---|---|
| 20. FEDERAL $ AWARDED THIS PROJECT PERIOD: | $ |

**21. AUTHORIZED TREATMENT OF PROGRAM INCOME:** ADDITIONAL COSTS

| 22. APPLICANT EIN: 1-510122986-A1 | 23. PAYEE EIN: 1-510122986-A1 | 24. OBJECT CLASS: 41.51 |
|---|---|---|

### 25. FINANCIAL INFORMATION:

| ORGN | DOCUMENT NO. | APPROPRIATION | CAN NO. | NEW AMT. | UNOBLIG. | NONFED % |
|---|---|---|---|---|---|---|
| R03 | 03CH001617 | 75-8-1536 | 1998 G034122 | $34,200 | | |

### 26. REMARKS:
Client Population: 271.
This grant is paid by the Payment Management System (PMS) See attached payment info.
All previous terms and conditions remain in effect.(**)Reflects only federal share of approved budget.
This award is for Program Improvement One-Time funds for a <u>21 passenger bus FY98 PY17</u>.

| 27. SIGNATURE - ACF GRANTS OFFICER Robert J. Sullivan | DATE: | 28. SIGNATURE(S) CERTIFYING FUND AVAILABILITY |
|---|---|---|
| 29. SIGNATURE AND TITLE - PROGRAM OFFICIAL(S) Gwendolyn Deveaux Way, Head Start Branch Chief | DATE: | |

DGCM-3-785 (Rev. 86)     FAA originally printed on: 09/03/1998     (CH)

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## ADMINISTRATION FOR CHILDREN AND FAMILIES
### FINANCIAL ASSISTANCE AWARD

1.RECIPIENT

SAI NUMBER: 82051401

PMS DOCUMENT NUMBER: 03CH001619

| 1. AWARDING OFFICE: Region III Office for Children and Families | 2. ASSISTANCE TYPE: Discretionary Grant | 3. AWARD NO.: 03CH001619 | 4. AMEND. NO.: 2 |
|---|---|---|---|
| 5. TYPE OF AWARD: SERVICE | 6. TYPE OF ACTION: Supplement | 7. AWARD AUTHORITY: 42 USC 9801 ET SEQ. | |
| 8. BUDGET PERIOD: 01/01/2000 THRU 12/31/2000 | 9. PROJECT PERIOD: INDEFINITE | 10. CAT NO.: 93600 ... | |

11. RECIPIENT ORGANIZATION:
Southern Delaware Center for Children and Families, Inc
18907 Unit 4 - Maranatha Way
Bridgeville DE 19933
Pam Curry, Asccf President

12. PROJECT / PROGRAM TITLE:
HEAD START PROGRAM

| 13. COUNTY: SUSSEX | 14. CONGR. DIST: 1 | 15. PRINCIPAL INVESTIGATOR OR PROGRAM DIRECTOR: Vergie Benton, Executive Head Start Director |
|---|---|---|

### 16. APPROVED BUDGET:
| | | |
|---|---|---|
| Personnel | $ | 585,509 |
| Fringe Benefits | $ | 179,171 |
| Travel | $ | 34,000 |
| Equipment | $ | 0 |
| Supplies | $ | 26,733 |
| Contractual | $ | 0 |
| Facilities/Construction | $ | 0 |
| Other | $ | 203,470 |
| Direct Costs | $ | 1,028,883 |
| Indirect Costs At   % of $ | $ | 0 |
| In Kind Contributions | $ | 0 |
| Total Approved Budget(**) | $ | 1,028,883 |

### 17. AWARD COMPUTATION:
| | | | |
|---|---|---|---|
| A. NON-FEDERAL SHARE | $ | 257,221 | 20.00 % |
| B. FEDERAL SHARE | $ | 1,028,883 | 80.00 % |

### 18. FEDERAL SHARE COMPUTATION:
| | | |
|---|---|---|
| A. TOTAL FEDERAL SHARE | $ | 1,028,883 |
| B. UNOBLIGATED BALANCE FEDERAL SHARE | $ | |
| C. FED. SHARE AWARDED THIS BUDGET PERIOD | $ | 1,028,883 |

19. AMOUNT AWARDED THIS ACTION: $ 37,500

20. FEDERAL $ AWARDED THIS PROJECT PERIOD: $

21. AUTHORIZED TREATMENT OF PROGRAM INCOME: ADDITIONAL COSTS

| 22. APPLICANT EIN: 1-510122986-A1 | 23. PAYEE EIN: 1-510122986-A1 | 24. OBJECT CLASS: 41.51 |
|---|---|---|

### 25. FINANCIAL INFORMATION:
| ORGN | DOCUMENT NO. | APPROPRIATION | CAN NO. | NEW AMT. | UNOBLIG. | NONFED % |
|---|---|---|---|---|---|---|
| R03 | 03CH001619 | 75-0-1536 | 2000 G034122 | $37,500 | | |

### 26. REMARKS:
Client Population: 305.
This grant is paid by the Payment Management System (PMS) See attached payment info.
All previous terms and conditions remain in effect.(**)Reflects only federal share of approved budget.
This award is Program Improvement for the <u>purchase of a 29 passenger bus.</u>

| 27. SIGNATURE - ACF GRANTS OFFICER Robert J. Sullivan | DATE: | 28. SIGNATURE(S) CERTIFYING FUND AVAILABILITY |
|---|---|---|
| 29. SIGNATURE AND TITLE - PROGRAM OFFICIAL(S) Edward L. Vreeswyk, Head Start/DD Br Chief | DATE: | |

DGCM-3-785 (Rev. 86)   FAA originally printed on: 09/12/2000   (CH)

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## ADMINISTRATION FOR CHILDREN AND FAMILIES
### FINANCIAL ASSISTANCE AWARD

**1. RECIPIENT**

**SAI NUMBER:** 82051401

**PMS DOCUMENT NUMBER:** 03CH001620

| | | | |
|---|---|---|---|
| **1. AWARDING OFFICE:** Region III Office for Children and Families | **2. ASSISTANCE TYPE:** Discretionary Grant | **3. AWARD NO.:** 03CH001620 | **4. AMEND. NO.:** 5 |
| **5. TYPE OF AWARD:** SERVICE | **6. TYPE OF ACTION:** Supplement | **7. AWARD AUTHORITY:** 42 USC 9801 ET SEQ. | |
| **8. BUDGET PERIOD:** 01/01/2001 THRU 12/31/2001 | **9. PROJECT PERIOD:** INDEFINITE | **10. CAT NO.:** 93600 ... | |

**11. RECIPIENT ORGANIZATION:**
Southern Delaware Center for Children and Families, Inc
18907 Unit 4 - Maranatha Way
Bridgeville DE 19933
Pam Curry, Asccf President

**12. PROJECT / PROGRAM TITLE:**
HEAD START PROGRAM

| 13. COUNTY: SUSSEX | 14. CONGR. DIST: 1 | 15. PRINCIPAL INVESTIGATOR OR PROGRAM DIRECTOR: Vergie Benton, Executive Head Start Director |
|---|---|---|

### 16. APPROVED BUDGET:

| | | |
|---|---|---|
| Personnel | $ | 658,589 |
| Fringe Benefits | $ | 209,286 |
| Travel | $ | 41,000 |
| Equipment | $ | 38,000 |
| Supplies | $ | 30,600 |
| Contractual | $ | 0 |
| Facilities/Construction | $ | 55,000 |
| Other | $ | 373,549 |
| Direct Costs | $ | 1,406,024 |
| Indirect Costs At  % of $ | $ | 0 |
| In Kind Contributions | $ | 0 |
| Total Approved Budget(**) | $ | 1,406,024 |

### 17. AWARD COMPUTATION:
| | | | |
|---|---|---|---|
| A. NON-FEDERAL SHARE | $ | 351,506 | 20.00 % |
| B. FEDERAL SHARE | $ | 1,406,024 | 80.00 % |

### 18. FEDERAL SHARE COMPUTATION:
| | | |
|---|---|---|
| A. TOTAL FEDERAL SHARE | $ | 1,406,024 |
| B. UNOBLIGATED BALANCE FEDERAL SHARE | $ | 144,518 |
| C. FED. SHARE AWARDED THIS BUDGET PERIOD | $ | 1,261,506 |

**19. AMOUNT AWARDED THIS ACTION:** $ 38,000

**20. FEDERAL $ AWARDED THIS PROJECT PERIOD:** $

**21. AUTHORIZED TREATMENT OF PROGRAM INCOME:** ADDITIONAL COSTS

| 22. APPLICANT EIN: 1-510122986-A1 | 23. PAYEE EIN: 1-510122986-A1 | 24. OBJECT CLASS: 41.51 |
|---|---|---|

### 25. FINANCIAL INFORMATION:

| ORGN | DOCUMENT NO. | APPROPRIATION | CAN NO. | NEW AMT. | UNOBLIG. | NONFED % |
|---|---|---|---|---|---|---|
| R03 | 03CH001620 | 75-1-1536 | 2001 G034122 | $38,000 | | |

### 26. REMARKS:
Client Population: 305.
This grant is paid by the Payment Management System (PMS) See attached payment info.
All previous terms and conditions remain in effect.(**)Reflects only federal share of approved budget.
This action awards one-time Program Improvement funds in the amount of $38,000 for the purchase of one 29-passenger bus.

**27. SIGNATURE - ACF GRANTS OFFICER** DATE:
Robert J. Sullivan

**28. SIGNATURE(S) CERTIFYING FUND AVAILABILITY**

**29. SIGNATURE AND TITLE - PROGRAM OFFICIAL(S)** DATE:
Edward L. Vreeswyk, Head Start/DD Br Chief

DGCM-3-785 (Rev. 86)   FAA originally printed on: 08/15/2001   (CH)

| | | |
|---|---|---|
| **DEPARTMENT OF HEALTH AND HUMAN SERVICES**<br>**ADMINISTRATION FOR CHILDREN AND FAMILIES**<br>**FINANCIAL ASSISTANCE AWARD** | 1.RECIPIENT | SAI NUMBER:<br>82051401<br>PMS DOCUMENT NUMBER:<br>03CH001621 |

| 1. AWARDING OFFICE:<br>Region III Office for Children and Families | 2. ASSISTANCE TYPE:<br>Discretionary Grant | 3. AWARD NO.:<br>03CH001621 | 4. AMEND. NO.:<br>4 |
|---|---|---|---|
| 5. TYPE OF AWARD:<br>SERVICE | 6. TYPE OF ACTION:<br>Supplement | 7. AWARD AUTHORITY:<br>42 USC 9801 ET SEQ. | |
| 8. BUDGET PERIOD:<br>01/01/2002 THRU 12/31/2002 | 9. PROJECT PERIOD:<br>INDEFINITE | 10. CAT NO.:<br>93600 ... | |
| 11. RECIPIENT ORGANIZATION:<br>Southern Delaware Center for Children and Families, Inc<br>18907 Unit 4 - Maranatha Way<br>Bridgeville DE 19933<br>Pam Curry, Asccf President | | 12. PROJECT / PROGRAM TITLE:<br>HEAD START PROGRAM | |
| 13. COUNTY:<br>SUSSEX | 14. CONGR. DIST:<br>1 | 15. PRINCIPAL INVESTIGATOR OR PROGRAM DIRECTOR:<br>Vergie Benton, Executive Head Start Director | |

| 16. APPROVED BUDGET: | | 17. AWARD COMPUTATION: | | |
|---|---|---|---|---|
| Personnel........... $ | 805,454 | A. NON-FEDERAL SHARE........ $ | 313,458 | 20.00 % |
| Fringe Benefits........ $ | 171,711 | B. FEDERAL SHARE........... $ | 1,253,832 | 80.00 % |
| Travel............... $ | 5,905 | 18. FEDERAL SHARE COMPUTATION: | | |
| Equipment........... $ | 49,625 | A. TOTAL FEDERAL SHARE............. $ | | 1,253,832 |
| Supplies............ $ | 30,569 | B. UNOBLIGATED BALANCE FEDERAL SHARE....... $ | | 140,836 |
| Contractual......... $ | 58,118 | C. FED. SHARE AWARDED THIS BUDGET PERIOD. $ | | 1,112,996 |
| Facilities/Construction.... $ | 0 | 19. AMOUNT AWARDED THIS ACTION: | $ | 44,600 |
| Other............... $ | 132,450 | 20. FEDERAL $ AWARDED THIS PROJECT PERIOD: | $ | |
| Direct Costs......... $ | 1,253,832 | | | |
| Indirect Costs........ $<br>At % of $ | 0 | 21. AUTHORIZED TREATMENT OF PROGRAM INCOME:<br>ADDITIONAL COSTS | | |
| In Kind Contributions..... $ | 0 | 22. APPLICANT EIN:<br>1-510122986-A1 | 23. PAYEE EIN:<br>1-510122986-A1 | 24. OBJECT CLASS:<br>41.51 |
| Total Approved Budget(**).. $ | 1,253,832 | | | |

| 25. FINANCIAL INFORMATION: | | | | | | |
|---|---|---|---|---|---|---|
| ORGN | DOCUMENT NO. | APPROPRIATION | CAN NO. | NEW AMT. | UNOBLIG. | NONFED % |
| R03 | 03CH001621 | 75-2-1536 | 2002 G034122 | $44,600 | | |

**26. REMARKS:**
Client Population: 322.
This grant is paid by the Payment Management System (PMS) See attached payment info.
All previous terms and conditions remain in effect.(**)Reflects only federal share of approved budget.
This action awards one-time Program Improvement funds of $44,600 for the purchase of one 24-passenger bus.

| 27. SIGNATURE - ACF GRANTS OFFICER<br>Robert J. Sullivan | DATE: | 28. SIGNATURE(S) CERTIFYING FUND AVAILABILITY |
|---|---|---|
| 29. SIGNATURE AND TITLE - PROGRAM OFFICIAL(S)<br>Edward L. Vreeswyk, Head Start/DD Br Chief | DATE: | |

DGCM-3-785 (Rev. 86)    FAA originally printed on: 08/28/2002    (CH)

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
# ADMINISTRATION FOR CHILDREN AND FAMILIES
# FINANCIAL ASSISTANCE AWARD

1. RECIPIENT

SAI NUMBER: 82051401

PMS DOCUMENT NUMBER: 03CH001623

| 1. AWARDING OFFICE: Region III Office for Children and Families | 2. ASSISTANCE TYPE: Discretionary Grant | 3. AWARD NO.: 03CH001623 | 4. AMEND. NO.: 1 |
|---|---|---|---|
| 5. TYPE OF AWARD: SERVICE | 6. TYPE OF ACTION: Supplement | 7. AWARD AUTHORITY: 42 USC 9801 ET SEQ. | |
| 8. BUDGET PERIOD: 01/01/2004 THRU 12/31/2004 | 9. PROJECT PERIOD: INDEFINITE | 10. CAT NO.: 93600 ... | |

| 11. RECIPIENT ORGANIZATION: Southern Delaware Center for Children and Families, Inc 18907 Unit 4 - Maranatha Way Bridgeville DE 19933 Pam Curry, Asccf President | 12. PROJECT / PROGRAM TITLE: HEAD START PROGRAM |
|---|---|

| 13. COUNTY: SUSSEX | 14. CONGR. DIST: 1 | 15. PRINCIPAL INVESTIGATOR OR PROGRAM DIRECTOR: Vergie Benton, Executive Head Start Director |
|---|---|---|

### 16. APPROVED BUDGET:

| | | |
|---|---|---|
| Personnel | $ | 368,086 |
| Fringe Benefits | $ | 129,904 |
| Travel | $ | 7,650 |
| Equipment | $ | 90,535 |
| Supplies | $ | 62,701 |
| Contractual | $ | 52,377 |
| Facilities/Construction | $ | 0 |
| Other | $ | 81,007 |
| Direct Costs | $ | 792,260 |
| Indirect Costs At % of $ | $ | 0 |
| In Kind Contributions | $ | 0 |
| Total Approved Budget(**) | $ | 792,260 |

### 17. AWARD COMPUTATION:
A. NON-FEDERAL SHARE......... $ 198,065   20.00 %
B. FEDERAL SHARE................. $ 792,260   80.00 %

### 18. FEDERAL SHARE COMPUTATION:
A. TOTAL FEDERAL SHARE................................ $ 792,260
B. UNOBLIGATED BALANCE FEDERAL SHARE........$
C. FED. SHARE AWARDED THIS BUDGET PERIOD.$ 792,260

19. AMOUNT AWARDED THIS ACTION:  $ 129,336

20. FEDERAL $ AWARDED THIS PROJECT PERIOD:  $

21. AUTHORIZED TREATMENT OF PROGRAM INCOME: ADDITIONAL COSTS

| 22. APPLICANT EIN: 1-510122986-A1 | 23. PAYEE EIN: 1-510122986-A1 | 24. OBJECT CLASS: 41.51 |
|---|---|---|

### 25. FINANCIAL INFORMATION:

| ORGN | DOCUMENT NO. | APPROPRIATION | CAN NO. | NEW AMT. | UNOBLIG. | NONFED % |
|---|---|---|---|---|---|---|
| R03 | 03CH001623 | 75-4-1536 | 2004 G034122 | $129,336 | | |

### 26. REMARKS:

Client Population: 322.
This grant is paid by the Payment Management System (PMS) See attached payment info.
All previous terms and conditions remain in effect. (**)Reflects only federal share of approved budget.
This action awards program improvement funds of $129,336 for the purchase of three buses and supplies.

| 27. SIGNATURE - ACF GRANTS OFFICER Robert J. Sullivan | DATE: | 28. SIGNATURE(S) CERTIFYING FUND AVAILABILITY |
|---|---|---|
| 29. SIGNATURE AND TITLE - PROGRAM OFFICIAL(S) Edward L. Vreeswyk, Head Start/DD Br Chief | DATE: | |

DGCM-3-785 (Rev. 86)   FAA originally printed on: 12/09/2003   (CH)