**EXHIBIT G**

# Southern Delaware Center for Children and Families, Inc.
## Fiscal Year 2005
### Budget Justification
### Budget $1,292,161

**Salaries/Wages** — $ 770,578

Allocated salaries and wages incurred in fiscal year, January 1, 2005 to December 31, 2005, to the 89 employees of Southern Delaware Center for Children and Families, Inc. Employee statistics are 55 Regular Part-Time (20 to 30 hours per week) and 34 Regular Full-Time (over 30 hours per week).

**Fringe Benefits** — $ 231,268

Allocated fringe benefits provided to employees consist of:
- Social Security (6.2%)
- Medicare (1.45%)
- State Unemployment Insurance (8.2%) on $8500
- Group Health Insurance, Group Life and Short term Disability Insurance= $109,131.00

**Travel** — $ 6,000

Allocated travel expenses incurred for staff to travel outside of local service area to attend meetings, training seminars, and conferences. Planned for the year are:
- Child Outcome Training
- Fiscal Training
- Education/Disabilities Training
- New Coordinator's Training

**Supplies** — $ 38,100

Allocated supplies expenses incurred in the operation of Southern Delaware Center for Children and Families, Inc., as follows:

| | |
|---|---|
| Office supplies, lease of copiers and postage | $ 15,000 |
| Child and Family Service Supplies | $17,000 |
| Food Service Supplies, Paper Products | $4,600.00 |

**Contractual** — $ 59,700

Allocated contractual expenses incurred for services.

| | |
|---|---|
| Accounting/Legal Service | $7,500 |
| Health/Disability(Consultant | $5000 |
| Nutritional | $5000 |
| Family Daycare Homes | $30,000 |
| Other Contracts | $12,200 |

**Other Expenses** — $ 186,515

Allocated other expenses incurred including:

Rent — $ 18,000

Rental fees incurred as per lease agreements for Laverty Lane center and Administrative Office.

*[handwritten: NB]*

Utilities and Telephone — $ 30,000

Electric, water & sewer charges, propane, center and administrative office telephones and cellular telephones used in transportation communication.

*[handwritten footnote: FROM SOUTHERN DELAWARE CENTER FOR CHILDREN & FAMILIES]*

*[handwritten page number: 60]*