IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN DELAWARE CENTER FOR CHILDREN AND FAMILIES, INC. FRANCIS A. OGUNDARE, CAROLYN WILLIAMS, REVEREND LEON WILLIAMS, WILLIAM B. DUFFY, WALLACE F. HANDY, KATHERINE H. LEWIS, DEBORAH WASHINGTON and ROSAMAE I. SMITH,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:     Civil Action No. 05-809 |

**CERTIFICATE OF SERVICE**

    I, Seth M. Beausang, hereby attest under penalty of perjury that on this 23rd day of November, 2005, I directed Brandywine Process Servers, LTD., to serve the following Defendants with 2 copies of the Complaint, Motion For A Temporary Restraining Order, Or, In The Alternative, A Preliminary Injunction, Proposed Order, Brief in Support of The Motion, and the Letter from Seth M. Beausang to Mr. Peter T. Dalleo, Clerk of Court, dated November 23, 2005:

Carolyn D. Williams
24143 King Road
Seaford, DE 19973

Francis A. Ogundare
14245 Shiloh Church Road
Laurel, DE 19956

Reverend Leon Williams
209 N. North Street
Seaford, DE 19973

William B. Duffy
29494 Millsboro Highway
Millsboro, DE 19966

Wallace F. Handy
31732 Old Stage Road
Laurel, DE 19956

Katherine H. Lewis
6754 Seashore Highway
Bridgeville, DE 19933

Deborah Washington
10 Church Street
Bridgeville, DE 19933

Rosamae I. Smith
4574 White Deer Road
Delmar, DE 19940

Southern Delaware Center for Children and Families, Inc.
c/o Seaford Community Action Agency, Inc. (Delaware registered agent for Defendant)
525 N. Front Street
Seaford, DE 19973
Fax: 302-629-5406 (also served by fax)

                                                      /s/ Seth M. Beausang
                                        Seth M. Beausang (DE I.D. No. 4071)