

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*1007 N.Orange Street, Suite 700*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

*(302) 573-6277*
*FAX (302) 573-6220*
*TTY (302) 573- 6274*
*Toll Free (888) 293-8162*

November 23, 2005

VIA E-FILING

Mr. Peter T. Dalleo, Clerk of Court
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

Re: United States Department of Health and Human Services. v. Southern Delaware Center for Children and Families, Inc. et al., No. 05-809 (D. Del.)

Dear Mr. Dalleo:

I write to update the Court regarding the efforts to resume Head Start services for children in Sussex County, Delaware, undertaken by the United States Department of Health and Human Services' ("DHHS") Head Start interim grantee, Community Development Institute ("CDI"). This morning CDI received a provisional child care license from the state of Delaware lasting from November 23, 2005, to December 31, 2005, allowing CDI to resume Head Start services for 70 children at the Milford Head Start Center. CDI intends to resume Head Start services at the Milford facility at 8:00 a.m. on Monday, November 28, 2005.

CDI intends to quickly resume Head Start services at the Laverty Lane facility and at a potential site in Seaford, Delaware. Several CDI staff members are ready to begin working at these sites, and interviews for additional staff positions begin on Tuesday, November 29, 2005. However, as set forth in DHHS' Brief in support of its Motion For A Temporary Restraining Order, Or, In The Alternative, A Preliminary Injunction, that was filed this morning, CDI will be substantially impaired in its efforts to resume Head Start services without the Head Start vehicle titles and keys, equipment, facilities, supplies and records that Defendant Southern Delaware Center for Children and Families, Inc. refuses to turn over to CDI.

I am available at the call of the Court to address any questions or concerns.

Respectfully,

COLM F. CONNOLLY
United States Attorney

By: /s/ Seth M. Beausang
Seth M. Beausang (I.D. No. 4071)
Assistant United States Attorney

cc: Southern Delaware Center For Children and Families, Inc. (by mail)
Francis A. Ogundare (by mail)
Carolyn Williams (by mail)
Reverend Leon Williams (by mail)
William B. Duffy (by mail)
Wallace F. Handy (by mail)
Katherine H. Lewis (by mail)
Deborah Washington (by mail)
Rosamae I. Smith (by mail)