IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOUTHERN DELAWARE CENTER )<br>FOR CHILDREN AND FAMILIES, INC., )<br>FRANCIS A. OGUNDARE, CAROLYN )<br>WILLIAMS, REVEREND LEON )<br>WILLIAMS, WILLIAM B. DUFFY, )<br>WALLACE F. HANDY, KATHERINE H. )<br>LEWIS, DEBORAH WASHINGTON and )<br>ROSAMAE I. SMITH, )<br>)<br>Defendants. ) | Civil Action No. 05-809-KAJ |

## ORDER

Pursuant to the November 28, 2005 teleconference with the parties;

IT IS HEREBY ORDERED that:

1.   A status teleconference will be held on November 30, 2005 at 2:30 p.m., to discuss the status of defendants' efforts to obtain representation of counsel. Plaintiff's counsel shall initiate the call;

2.   A teleconference shall be held on December 2, 2005 at 10:00 a.m. to discuss the defendants' position in response to plaintiff's motion for a temporary restraining order/preliminary injunction. Plaintiff's counsel shall initiate the call;

3.  A hearing on plaintiff's motion for a temporary restraining order/preliminary injunction (D.I. 2) will be held on December 6, 2005 at 9:30 a.m. in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

November 29, 2005
Wilmington, Delaware