IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                Plaintiff,<br><br>v.<br><br>SOUTHERN DELAWARE CENTER FOR CHILDREN AND FAMILIES, INC., FRANCIS A. OGUNDARE, CAROLYN WILLIAMS, REVEREND LEON WILLIAMS, WILLIAM B. DUFFY, WALLACE F. HANDY, KATHERINE H. LEWIS, DEBORAH WASHINGTON and ROSAMAE I. SMITH,<br><br>                Defendants. | Civil Action No. 05-809-KAJ |

## ORDER

Pursuant to the November 30, 2005 teleconference with the parties;

IT IS HEREBY ORDERED that:

1. The teleconference scheduled for December 2, 2005 at 10:00 a.m. is canceled.

2. The hearing on plaintiff's motion for a temporary restraining order/preliminary injunction (D.I. 2), scheduled for December 6, 2005 at 9:30 a.m. is rescheduled for December 7, 2005 at 9:30 a.m. in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

3. Defendants' response to plaintiff's motion for a temporary restraining order/preliminary injunction (D.I. 2) is due by 12:00 p.m. on December 5, 2005; plaintiff's reply is due by 12:00 p.m. on December 6, 2005.

                                                      */s/ Kent A. Jordan*
                                                      UNITED STATES DISTRICT JUDGE

November 30, 2005
Wilmington, Delaware