IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN DELAWARE CENTER FOR CHILDREN AND FAMILIES, INC., FRANCIS A. OGUNDARE, CAROLYN WILLIAMS, REVEREND LEON WILLIAMS, WILLIAM B. DUFFY, WALLACE F. HANDY, KATHERINE H. LEWIS, DEBORAH WASHINGTON and ROSAMAE I. SMITH,<br><br>Defendants. | Civil Action No. 05-809-KAJ |

## ORDER

Pursuant to the December 1, 2005 teleconference with counsel;

IT IS HEREBY ORDERED that:

1. The oral request by Leonard Lucas, Esq., to withdraw as counsel for defendants is GRANTED;

2. The schedule for hearing and argument on plaintiff's motion for a temporary restraining order remains in effect. (D.I. 9) If other counsel for defendants does not formally enter an appearance, the individual defendants may proceed pro se.

UNITED STATES DISTRICT JUDGE

December 1, 2005
Wilmington, Delaware