

**FELDESMAN
TUCKER
LEIFER
FIDELL LLP**

LEONARD E. LUCAS III
llucas@feldesmantucker.com

December 1, 2005

**VIA FACSIMILE AND FEDERAL EXPRESS**

Frank Ogundare
Southern Delaware Center for Children & Families
1424 Shiloh Church Road
Laurel, DE 19956

Frank Ogundare
Southern Delaware Center for Children & Families
18907 Unit 4 Maranatha Way
Bridgeville, DE 19933

Re:   Withdrawal of Legal Representation

Dear Mr. Ogundare:

    The purpose of this letter is to notify you that, as of this date, Feldesman Tucker Leifer Fidell LLP ("Firm") will no longer represent Southern Delaware Center for Children & Families ("SDCC&F") in connection with the suspension/termination of its federal Head Start assistance. This includes the representation of SDCC&F in the United States District Court for The District of Delaware in Civil Action 05-809 filed by the United States Attorney on behalf of the plaintiff, United States Department of Health and Human Services. As you are aware, our representation of SDCC&F was contingent upon SDCC&F securing local counsel and said local counsel filing a Pro Hac Vice Motion for the Firm's admission in the District Court of Delaware to represent you in this matter. The court was willing to allow the Firm to represent you, without the Pro Hac Vice motion. However, as you know, our role in this matter was to consult and assist local counsel. We have been unable to communicate with local counsel. Therefore, we must withdraw as SDCC&F counsel. As you know the court has allowed the Firm to withdraw from this case, but is not extending the time for you to file a response.

    Attached you will find documents received from the Assistant United States Attorney in this case. You will note that the following deadlines are approaching:

FELDESMAN TUCKER LEIFER FIDELL LLP

Frank Ogundare
December 1, 2005
Page 2 of 2

- Responsive Brief – December 5, 2005 at 12:00 P.M.(Noon);

- Plaintiff's Reply Brief – December 6, 2005

- Hearing on Temporary Restraining Order – December 7, 2005;

If you are able to contact local counsel, you may have him contact us and we will take such steps as are reasonable to familiarize counsel with the status of the proceedings.

If you have any questions, you can reach me, Ted Waters, or Robert Graham at (202) 466-8960.

Sincerely,

Leonard Lucas

Enclosures

cc: The Honorable Kent A. Jordan w/o Enclosures