AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Delaware**

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES

V.

SOUTHERN DELAWARE CENTER FOR CHILDREN
AND FAMILIES, INC., FRANK OGUNDARE,
CAROLYN WILLIAMS, REVEREND LEON
WILLIAMS, WILLIAM B. DUFFY, WALLACE
HANDY, KAY LEWIS, DEBORA WASHINGTON,
and ROSAMAE SMITH,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 0 5 - 8 0 9

TO: (Name and address of Defendant)

DEBORAH WASHINGTON
10 Church Street
Bridgeville, DE 19933

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SETH M. BEAUSANG
United States Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_Evette Watson_
(By) DEPUTY CLERK

NOV 2 2 2005

DATE

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 11/23/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: SERVED DEBORAH WASHINGTON PERSONALLY AT 10 CHURCH ST. BRIDGEVILLE, DE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/2305
                Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.