AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES

**SUMMONS IN A CIVIL CASE**

V.

SOUTHERN DELAWARE CENTER FOR CHILDREN
AND FAMILIES, INC., FRANK OGUNDARE,
CAROLYN WILLIAMS, REVEREND LEON
WILLIAMS, WILLIAM B. DUFFY, WALLACE
HANDY, KAY LEWIS, DEBORA WASHINGTON,
and ROSAMAE SMITH,

CASE NUMBER:   0 5 -   8 0 9

TO: (Name and address of Defendant)

WALLACE F. HANDY
31732 Old Stage Road
Laurel, DE 19956

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SETH M. BEAUSANG
United States Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

NOV 2 2 2005

CLERK

DATE

_____ (signature) _____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 11/26/05 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: SERVED WALLACE HANDY ACCEPTED BY MAMIE HANDY AT 31732 OLD STAGE ROAD LAUREL, DELAWARE

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/2605
               Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.