IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN DELAWARE CENTER FOR CHILDREN AND FAMILIES, INC., FRANCIS A. OGUNDARE, CAROLYN WILLIAMS, REVEREND LEON WILLIAMS, WILLIAM B. DUFFY, WALLACE F. HANDY, KATHERINE H. LEWIS, DEBORAH WASHINGTON and ROSAMAE I. SMITH,<br><br>Defendants. | Civil Action No. 05-809-KAJ |

**PRELIMINARY INJUNCTION ORDER**

AND NOW, this 7th day of December, 2005, upon consideration of Plaintiff United States Department of Health and Human Services' ("DHHS") Motion For A Temporary Restraining Order, Or, In The Alternative, A Preliminary Injunction (D.I. 2), and notice having been given to all Defendants, except Ms. Lewis, on whom efforts to serve process have been made without success, and the court having reviewed the evidence submitted and having held a hearing in this matter today,

IT IS HEREBY ORDERED that the Defendants shall:

1. Immediately grant Community Development Institute ("DCI") and DHHS such access to the Laverty Lane Child Care Center at 2 Laverty Lane, Bridgeville, Delaware 19933, and the Southern Delaware Center for Children and Families, Inc.'s ("Souther Delaware") Administrative Office at 18907 Unit 4 Maranatha Way, Bridgeville,

Delaware 19933, as is possessed by the Defendants and turn over to CDI or DHHS any leases associated with those facilities;

    2.    Immediately turn over to CDI or DHHS all vehicle keys and titles possessed by Southern Delaware that were purchased with Head Start funds, and all equipment and supplies that Southern Delaware possesses that were purchased with Head Start funds;

    3.    Immediately provide DHHS with a final inventory that lists all equipment Southern Delaware acquired with Head Start funds or that is otherwise federally owned; and,

    4.    Immediately grant CDI and DHHS unrestricted access in all formats (electronic and otherwise) to any books, documents, ledgers, accounting journals, papers, or other records that are pertinent to Southern Delaware's Grant, in order to make audits, examinations, excerpts, transcripts and copies of such documents, and grant CDI and DHHS timely and reasonable access to all of Southern Delaware's personnel for the purpose of interview and discussion related to such documents.

UNITED STATES DISTRICT JUDGE

Wilmington, Delaware