

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*1007 N.Orange Street, Suite 700*   *(302) 573-6277*
*P.O. Box 2046*   *FAX (302) 573-6220*
*Wilmington, Delaware 19899-2046*   *TTY (302) 573- 6274*
   *Toll Free (888) 293-8162*

December 13, 2005

**VIA E-FILING**

The Honorable Kent A. Jordan
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
Room 6325
Lockbox 10
844 King Street
Wilmington, DE 19801

      Re:   United States Department of Health and Human Services. v. Southern Delaware
              Center for Children and Families, Inc. et al., No. 05-809 (D. Del.)

Dear Judge Jordan:

    Attached is the letter I sent yesterday by fax to Defendants Francis A. Ogundare and Carolyn Williams and that was discussed on this morning's conference call with the Court. I sent the attached letter after separately speaking with Mr. Ogundare and Ms. Williams by telephone and conveying the United States' concerns. The purpose of the letter was to confirm in writing for the Defendants those parts of the Court's Order that the Government contends remain unsatisfied.

    I am available at the call of the Court to address any questions or concerns.

                                        Respectfully,

                                        COLM F. CONNOLLY
                                        United States Attorney

                    By:   /s/ Seth M. Beausang
                          Seth M. Beausang (I.D. No. 4071)
                          Assistant United States Attorney

cc:   Francis A. Ogundare (by fax to (302) 629-6704, w/attachment)
      Carolyn Williams (by fax to (302) 628-3001, w/attachment)