**EXHIBIT A**

I, Frank Ogundare, Board President of Southern Delaware Center for Children & Families, Inc. hereby grant permission to Community Development Head Start (CDI) to occupy the Laverty Lane Head Start Center located in Bridgeville, Delaware.

Frank Ogundare
Board President
SDCC&F

Date 11/28/05

Julie Balster
Consultant
CDI

Date 11/28/05

Witnessed By

Date 11/29/05