**EXHIBIT B**

## Declaration of David Lett

My name is David Lett. I am employed as Regional Administrator with ACF.

I learned from Rebecca Kaufman with the Delaware State Housing Authority ("DSHA") (the entity that leases the Laverty Lane Center to Southern Delaware) that someone from Southern Delaware called DSHA shortly after Mr. Ogundare signed a document purporting to give CDI access to the Laverty Lane Center and said that document was signed under duress, and, in effect, Southern Delaware was rescinding permission for use of the Laverty Lane Center by CDI.

On December 7, 2005, a conference call was convened between representatives of CDI, and ACF. It was agreed during that call that CDI and ACF would immediately contact Mr. Ogundare and Ms. Williams regarding the Court's Order.

On December 15, 2005, I spoke to Dolores Slatcher, the Seaford City Manager (the City of Seaford owns the Seaford Center), who told me that Southern Delaware had not returned the keys to the Seaford Center to the City.

I understand from Anita Vestal that CDI has only received records for six former employees of Southern Delaware. Before its grant was terminated, Southern Delaware operated with approximately forty-three employees.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 20th day of December, 2005.

David Lett