**EXHIBIT D**

12/12/2005 15:28 FAX 2158614070      DHHS/ACF                               ☒002
12/07/2005  05:24    3026295704      SEAFORD TACO BELL              PAGE  01

*not of value Star # less than 500 in value*

**Southern Delaware Center for Children & Families, Inc.**
**LAVERTY LANE HEAD START**
Inventory Control Form

| Description | Serial # | Model # | SDCC&F ID # | Cost | Purchase Date | Source of Equipment | HS % | Location | Condition | Title Vested | Date of Physical Count |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STAINLESS STEEL CART | | | | | | | | Laverty Head Start | GOOD | | 3/8/2004 |
| (H-S SEAT REDWALL TABLE) | | | | | Jan-93 | HS | 100% | Laverty Head Start | GOOD | | 3/8/2004 |
| (H) BVE-PA-HUGGY | | | | | Jan-93 | HS | 100% | Laverty Head Start | GOOD | | 3/8/2004 |
| K TELE/FAX | | | | | | HS | 100% | Laverty Head Start | GOOD | | 3/8/2004 |
| K LASER PRINTER | | | | | | HS | 100% | Laverty Head Start | GOOD | | 3/8/2004 |
| DESK | | | | | May-87 | HS | 100% | Laverty Head Start | GOOD | | 3/8/2004 |
| EQUALITY DESK | | | | | | HS | 100% | Laverty Head Start | GOOD | | 3/8/2004 |
| 5 OFFICE C AIR | | | | | | HS | 100% | Laverty Head Start | GOOD | | 3/8/2004 |
| 4 (H) EQ PEDA-PLAY TABLES | | | | | | HS | 100% | Laverty Head Start | GOOD | | 3/8/2004 |
| 6 (H) PAPER SHREDDER | | | | | | HS | 100% | Laverty Head Start | GOOD | | 3/8/2004 |
| K MAGNA 10K TV | | | | | | HS | 100% | Laverty Head Start | GOOD | | 3/8/2004 |
| DOUBLE C BIE | | | | | | HS | 100% | Laverty Head Start | GOOD | | 3/8/2004 |
| G CUBBIES | | | | | | HS | 100% | Laverty Head Start | GOOD | | 3/8/2004 |
| REFRIDGE MOR | | | | | | HS | 100% | Laverty Head Start | GOOD | | 3/8/2004 |
| DISPESER & CABINETS | | | | | | HS | 100% | Laverty Head Start | GOOD | | 3/8/2004 |
| PHONE SYSTEM AT&T | | | | | Dec-92 | HS | 100% | Laverty Head Start | GOOD | | 3/8/2004 |
| NAME SIGN | | | | | Jun-96 | HS | 100% | Laverty Head Start | GOOD | | 3/5/2004 |
| K BROTHER A:V MACHINE | | | | 113.75 | Nov-03 | HS | 65% | Laverty Head Start | EXCELLENT | | 3/8/2004 |

Southern Delaware Center for Children & Families, Inc.
## MILFORD HEAD START
Inventory Control Form

| Description | Serial # | Model # | SDCC&F ID # | Cost | Purchase Date | Source of Equipment | HS % | Location | Condition | Title Vested | Date of Physical Count |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MEAT SLICER | | | | | | HS | 100% | Milford Head Start | GOOD | | 3/8/2004 |
| STAINLESS STEEL CART | | | | | | HS | 100% | Milford Head Start | GOOD | | 3/8/2004 |
| STAINLESS STEEL TABLE | | | | | | HS | 100% | Milford Head Start | GOOD | | 3/8/2004 |
| HOT FOOD STEAM TABLE | | | | | | HS | 100% | Milford Head Start | GOOD | | 3/8/2004 |
| WHIRLPOOL REFRIGERATOR | | | | | | HS | 100% | Milford Head Start | GOOD | | 3/8/2004 |
| PLAYGROUND EQUIPMENT HOUSES | | | | | | HS | 100% | Milford Head Start | GOOD | | 3/8/2004 |
| CHILDCARE PLAYGROUND | | | | | | HS | 100% | Milford Head Start | GOOD | | 3/8/2004 |
| COPIER | | | | | | HS | 100% | Milford Head Start | GOOD | | 3/8/2004 |
| CHEF KITCHEN SET | | | | | | HS | 100% | Milford Head Start | GOOD | | 3/8/2004 |
| TELE/FAX | | | | | | HS | 100% | Milford Head Start | GOOD | | 3/8/2004 |
| LASER PRINTER | | | | | | HS | 100% | Milford Head Start | GOOD | | 3/8/2004 |
| FOOD PROCESSOR | | | | | | HS | 100% | Milford Head Start | GOOD | | 3/8/2004 |
| DISHWASHER | | | | | | HS | 100% | Milford Head Start | GOOD | | 3/8/2004 |
| BLUE TALL STORAGE | | | | | | HS | 100% | Milford Head Start | GOOD | | 3/8/2004 |
| 2 DOOR FREEZER | | | | | | HS | 100% | Milford Head Start | GOOD | | 3/8/2004 |
| 2 DOOR REFRIGERATOR | | | | | | HS | 100% | Milford Head Start | GOOD | | 3/8/2004 |
| STACKABLE WASHER/DRYER | | | | | | HS | 100% | Milford Head Start | GOOD | | 3/8/2004 |
| PAPER SHREDDER | | | | | | HS | 100% | Milford Head Start | GOOD | | 3/8/2004 |
| COMMERCIAL PRINTER | | | | | | HS | 100% | Milford Head Start | GOOD | | 3/8/2004 |
| BROTHER FAX MACHINE | V6032DB3K872A6 | PPF1270E | | $ 96.00 | 3/26/2004 | HS | 64% | Milford Head Start | NEW | | 3/26/2004 |
| SHARP COPIER | 45034711B | AR-M237 | | LEASE | 11/04 | HS | 64% | Milford Head Start | NEW | | 11/04 |

12/12/2005 15:29 FAX 2158614070    DHHS/ACF    ☒004
12/07/2005 05:24   3026296704    SEAFORD TACO BELL    PAGE 03

Southern Delaware Center for Children & Families, Inc.
Admin Office
Inventory Control Form

| Description | Serial # | Model # | SDCC&F ID # | Cost | Purchase Date | Source of Equipment | HS % | Location | Condition | Title Vested | Date of Physical Count |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HON 4 DRAWER WIDE FILE CABINET | | | 4573 | | | HS | 65% | ADMIN ASST. WORKSTATION | GOOD | | 3/11/2004 |
| HON 4 DRAWER WIDE FILE CABINET | | | 4574 | | | HS | 65% | ADMIN ASST. WORKSTATION | GOOD | | 3/11/2004 |
| HON 4 DRAWER WIDE FILE CABINET | | | 4575 | | | HS | 65% | ADMIN ASST. WORKSTATION | GOOD | | 3/11/2004 |
| HON 2 DRAWER FILE CABINET | | | 4576 | | | HS | 65% | ADMIN ASST. WORKSTATION | GOOD | | 3/11/2004 |
| FELLOWES SHREDDER | | PS70-2 | 4577 | | | HS | 65% | ADMIN ASST. WORKSTATION | GOOD | | 3/11/2004 |
| 3 PIECE GRAY CORNER DESK | | | 4578 | | | HS | 65% | ADMIN ASST. WORKSTATION | GOOD | | 3/11/2004 |
| 3 PIECE GRAY CORNER DESK | | | 4579 | | | HS | 65% | ADMIN ASST. WORKSTATION | GOOD | | 3/11/2004 |
| HP LASERJET 2100 PRINTER | USG2074516 | | 4580 | | | HS | 65% | ADMIN ASST. WORKSTATION | GOOD | | 3/11/2004 |
| VIEWSONIC MONITOR | | | 4581 | | | HS | 65% | ADMIN ASST. WORKSTATION | GOOD | | 3/11/2004 |
| NAS HARD DRIVE | | | 4582 | | | HS | 65% | ADMIN ASST. WORKSTATION | GOOD | | 3/11/2004 |
| SHARP ADDING MACHINE | | VX2852H | 4582 | | | HS | 65% | ADMIN ASST. WORKSTATION | GOOD | | 3/11/2004 |
| SMALL SLIDING DOOR FILE CABINET | | | 4584 | | | HS | 65% | ADMIN ASST. WORKSTATION | GOOD | | 3/11/2004 |
| HP SCANJET 5300C | CN11926842 | | 4585 | | | HS | 65% | ADMIN ASST. WORKSTATION | GOOD | | 3/11/2004 |
| BROWN COMPUTER DESK | | | 4586 | | | HS | 65% | ADMIN ASST. WORKSTATION | GOOD | | 3/11/2004 |
| WOODGRAIN STEEL DESK | | | 4587 | | | HS | 65% | FRONT OFFICE AREA | GOOD | | 3/11/2004 |
| COMPUTER MONITOR (SERVER) | | | 4588 | | | HS | 65% | FRONT OFFICE AREA | GOOD | | 3/11/2004 |
| NAS CE-01 SERVER HARD DRIVE | | | 4589 | | | HS | 65% | FRONT OFFICE AREA | GOOD | | 3/11/2004 |
| APC BACK-UP PRO | | | 4590 | | | HS | 65% | FRONT OFFICE AREA | GOOD | | 3/11/2004 |
| 17 SHELF FILE (MAIL BOXES) | | | 4591 | | | HS | 65% | FRONT OFFICE AREA | GOOD | | 3/11/2004 |
| BROTHER LASER FAX | 466577HL5409 12 | 2800 | 4593 | | Aug-01 | HS | 65% | FRONT OFFICE AREA | GOOD | | 3/11/2004 |
| WOODGRAIN FAX TABLE | | | 4594 | | | HS | 65% | FRONT OFFICE AREA | GOOD | | 3/11/2004 |
| 3 SHELF SMALL DESK PIECE | | | 4595 | | | HS | 85% | FRONT OFFICE AREA | GOOD | | 3/11/2004 |
| COPYCENTRE | CG35H-DADF-HCF | C35 | 4154 | 4216 | 12/3/2003 | HS | 50% | ADMIN CONF. AREA | GOOD | | 3/11/2004 |
| AOC COMPUTER MONITOR | 77MNOAB0358 7EIRA | | 4596 | | | HS | 65% | HS DIRECTOR OFFICE | GOOD | | 3/11/2004 |

12/12/2005 15:29 FAX 2158614070        DHHS/ACF                          ☒005
12/07/2005  05:24   3026295704         SEAFORD TACO BELL                 PAGE 04

Southern Delaware Center for Children & Families, Inc.
Admin Office
Inventory Control Form

| Description | Serial # | Model # | SDCC&F ID # | Cost | Purchase Date | Source of Equipment | HS % | Location | Condition | Title Vested | Date of Physical Count |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAS HARD DRIVE | | | 4597 | | | HS | 85% | HS DIRECTOR OFFICE | GOOD | | 3/11/2004 |
| HP DESKJET 580 PRINTER | | | 4598 | | | HS | 65% | HS DIRECTOR OFFICE | GOOD | | 3/11/2004 |
| WOODGRAIN 4-DRAWER DESK | | | 4599 | | | HS | 65% | HS DIRECTOR OFFICE | GOOD | | 3/11/2004 |
| HON-TALL 4 DRAWER FILE CABINET | | | 4600 | | | HS | 65% | HS DIRECTOR OFFICE | GOOD | | 3/11/2004 |
| 5 SHELF BOOKCASE | | | 4601 | | | HS | 65% | HS DIRECTOR OFFICE | GOOD | | 3/11/2004 |
| 2-DRAWER WOODGRAIN FILE CABINET | | | 4602 | | | HS | 65% | HS DIRECTOR OFFICE | GOOD | | 3/11/2004 |
| LONG STEEL LEG WOODGRAIN TABLE | | | 4603 | | | HS | 65% | HS DIRECTOR OFFICE | GOOD | | 3/11/2004 |
| BROTHER INTELLIFAX | F17014370 | 1270 | 4604 | | | HS | 65% | HS DIRECTOR OFFICE | GOOD | | 3/11/2004 |
| HON 4 DRAWER FILE CABINET | | | 4540 | | | HS | 65% | EDUCATION OFFICE | GOOD | | 3/11/2004 |
| WOODGRAIN DESK | | | 4541 | | | HS | 65% | EDUCATION OFFICE | GOOD | | 3/11/2004 |
| MAUVE CHAIR | | | 4545 | | | HS | 65% | EDUCATION OFFICE | GOOD | | 3/11/2004 |
| MAUVE CHAIR | | | 4546 | | | HS | 65% | EDUCATION OFFICE | GOOD | | 3/11/2004 |
| FELLOWES SHREDDER | | | 4542 | | | HS | 65% | EDUCATION OFFICE | GOOD | | 3/11/2004 |
| HON-2-DRAWER FILE CABINET | | | 4543 | | | HS | 65% | EDUCATION OFFICE | GOOD | | 3/11/2004 |
| 5 SHELF PUTTY BOOKCASE | | | 4544 | | 1/13/2004 | HS | 65% | EDUCATION OFFICE | GOOD | | 3/11/2004 |
| BLUE DESK CHAIR | | | 4547 | 120.89 | | HS | 65% | EDUCATION OFFICE | GOOD | | 3/11/2004 |
| BLUE DESK CHAIR | | | 4548 | | | HS | 65% | EDUCATION OFFICE | GOOD | | 3/11/2004 |
| AOC COMPUTER MONITOR | 7MNOAB035091 | | 4549 | | | HS | 65% | EDUCATION OFFICE | GOOD | | 3/11/2004 |
| NAS HARD DRIVE | 2111772600| | 4152 | | | HS | 65% | APAR COORD. OFFICE | GOOD | | 3/11/2004 |
| HP DESKJET PRINTER | MY32D1QOX6 | | 4151 | | | HS | 65% | APAR COORD. OFFICE | GOOD | | 3/11/2004 |
| GRAY COMPUTER DESK | | | 4150 | | | HS | 65% | APAR COORD. OFFICE | GOOD | | 3/11/2004 |
| WOODGRAIN DESK | | | 4560 | | | HS | 65% | EDUCATION OFFICE | GOOD | | 3/11/2004 |
| HON 4 DRAWER FILE CABINET | | | 4561 | | | HS | 65% | | GOOD | | 3/11/2004 |
| BRETFORD 3 SHELF ROLLING BOOKCASE | | | 4562 | | | HS | 65% | | GOOD | | 3/11/2004 |

**Southern Delaware Center for Children & Families, Inc.**
**Admin Office**
**Inventory Control Form**

| Description | Serial # | Model # | SDCC&F ID # | Cost | Purchase Date | Source of Equipment | HS % | Location | Condition | Title Vested | Date of Physical Count |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AOC COMPUTER MONITOR | 77MNOAB0958 3B | 7ELRA | 4563 | | | HS | 65% | APPAR COORD. OFFICE | GOOD | | 3/11/2004 |
| HP LASERJET 2100 PRINTER | USGH271668 | C4170A | 4564 | | | HS | 65% | APPAR COORD. OFFICE | GOOD | | 3/11/2004 |
| FELLOWES SHREDDER | | P570-2 | 4565 | | | HS | 65% | APPAR COORD. OFFICE | GOOD | | 3/11/2004 |
| HON 2 DRAWER SMALL FILE CABINET | | | 4566 | | | HS | 65% | APPAR COORD. OFFICE | GOOD | | 3/11/2004 |
| NAS INTEL PENTIUM HARD DRIVE | | | 4567 | | | HS | 65% | APPAR COORD. OFFICE | GOOD | | 3/11/2004 |
| GRAY DESK CHAIR | F5256 | 780NN | 4568 | | | HS | 65% | APPAR COORD. OFFICE | GOOD | | 3/11/2004 |
| 3 SECTION COMPUTER DESK | | | 4001 | | | HS | 65% | FISCAL SUPERV. OFFICE | GOOD | | 3/11/2004 |
| SPECTRUM MONITOR | | | 4010 | | | HS | 65% | FISCAL SUPERV. OFFICE | GOOD | | 3/11/2004 |
| NAS HARD DRIVE | | | 4011 | | | HS | 65% | FISCAL SUPERV. OFFICE | GOOD | | 3/11/2004 |
| HP LASERJET 5 PRINTER | | | 4012 | | | HS | 65% | FISCAL SUPERV. OFFICE | GOOD | | 3/11/2004 |
| HP DESKJET COLOR PRINTER | | | 4013 | | | HS | 65% | FISCAL SUPERV. OFFICE | GOOD | | 3/11/2004 |
| HON 2 DRAWER SMALL FILE CABINET | | | 4007 | | | HS | 65% | FISCAL SUPERV. OFFICE | GOOD | | 3/11/2004 |
| OAK FINISH DESK | | | 4002 | | | HS | 65% | FISCAL SUPERV. OFFICE | GOOD | | 3/11/2004 |
| OAK BOOK CASE | | | 4000 | | | HS | 65% | FISCAL SUPERV. OFFICE | GOOD | | 3/11/2004 |
| HON 4 DRAWER FILE CABINET | | | 4003 | | | HS | 65% | FISCAL SUPERV. OFFICE | GOOD | | 3/11/2004 |
| HON 4 DRAWER FILE CABINET | | | 4004 | | | HS | 65% | FISCAL SUPERV. OFFICE | GOOD | | 3/11/2004 |
| TENNSCO 2 DOOR CABINET | | | 4005 | | | HS | 65% | FISCAL SUPERV. OFFICE | GOOD | | 3/11/2004 |
| BLUE DESK CHAIR W/ ARMS | | | 4009 | | | HS | 65% | FISCAL SUPERV. OFFICE | GOOD | | 3/11/2004 |
| TAN DESK CHAIR W/ ARMS | | | 4014 | | | HS | 65% | FISCAL SUPERV. OFFICE | GOOD | | 3/11/2004 |
| OAK FILE ON WHEELS | | | 4008 | | | HS | 65% | FISCAL SUPERV. OFFICE | GOOD | | 3/11/2004 |
| TRIPLE SLED BAS SOFA -- BURGUNDY | | | 4155 | 211.89 | Feb-04 | | 65% | DOWNSTAIRS ENTRANCE AREA | GOOD | | 3/11/2004 |
| COFFEE TABLE/MAGAZINE RACK | | | 4156 | 148.85 | Feb-04 | | 65% | DOWNSTAIRS ENTRANCE AREA | GOOD | | 3/11/2004 |
| COAT RACK | | | 4157 | | | | 65% | DOWNSTAIRS ENTRANCE AREA | GOOD | | 3/11/2004 |

12/12/2005 15:29 FAX 2158614070      DHHS/ACF                            ☒007
12/07/2005  05:22   3025296704                SEAFORD TACO BELL           PAGE  01

Southern Delaware Center for Children & Families, Inc.
SEAFORD HEAD START
Inventory Control Form

| Description | Serial # | Model # | SDCCRF ID # | Cost | Purchase Date | Source of Equipment | HS % | Location | Condition | Title Vested | Date of Physical Count |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STORAGE SHED | | | | | Mar-95 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| WORKSTATION | | | | | Jul-96 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| TELEFAX | | | | | Jul-96 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| FAX/PRINTER | | | | | Dec-96 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| DESK | | | | | May-87 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| EXECUTIVE | | | | | Dec-84 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| STACKABLE WASHER/DRYER | | | | | Dec-85 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| SAFE | | | | | Dec-85 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| (2) OFFICE CHAIRS | | | | | Dec-87 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| (2) LOVE SEATS/TABLES | | | | | Dec-88 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| PAPER SHREDDER | | | | | Dec-88 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| 25 MAGNA CART | | | | | Sep-90 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| 18x72 HOBBY BOARD | | | | | Sep-90 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| SANDWA MAKER | | | | | Dec-90 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| TEA/ICE JUG | | | | | Aug-86 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| DOUBLE OVEN | | | | | Nov-88 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| GLOBES | | | | | Dec-88 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| (4) 18,000 BTU AIR CONDITIONERS | | | | | Sep-93 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| WHIRLPOOL FREEZER | | | | | Nov-95 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| KENMORE FREEZER | | | | | Dec-88 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| KITCHEN TABLE | | | | | May-95 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| EXECUTIVE CHAIR | | | | | May-92 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| 8X12 SHED | | | | | Jun-92 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |

Southern Delaware Center for Children & Families, Inc.
## SEAFORD HEAD START
Inventory Control Form

| Description | Serial # | Model # | SDCC&F ID # | Cost | Purchase Date | Source of Equipment | HS % | Location | Condition | Title Vested | Date of Physical Count |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GREEETEE SAAAS | | | | | | | | | | | |
| PLAYGROUND EQUIPMENT | | | | | Jan-96 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| DISHWASHER | | | | | Nov-96 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| 20" FLOOR BUFFER | | | | 970 | Sep-96 | HS | 100% | Seaford Head Start | GOOD | | 3/8/2004 |
| PRINTER | | | | | Nov-01 | HS | 65% | Seaford Head Start | GOOD | | 3/8/2004 |
| | | | | | Apr-01 | HS | 65% | Seaford Head Start | GOOD | | 3/8/2004 |