**EXHIBIT E**

12/14/2005 10:36 FAX 2158614070          DHHS/ACF                                     ☒003



# Southern Delaware Center for Children and Families, Inc.

December 12, 2005

Southern Delaware Center for Children and Families Inc. turned over the following vehicles/keys to Community Development Institute Head Start (CDI) on Thursday, December 8, 2005.

| Bus # | Tag #   | Make | Year | VIN #              |
|-------|---------|------|------|--------------------|
| 1     | C33044  | MIDB | 2000 | 1GDJG31R7Y1168766  |
| 9     | CL21902 | CHEV | 1998 | 1GBHG31F1W1007663  |
| 11    | C54818  | GMC  | 2001 | 1GDJG31F511204627  |
| 12    | C100061 | CHEV | 2002 | 1GBJG31F921217293  |
| 13    | C501578 | CHEV | 2004 | 1GBJG31U741157001  |
| 14    | C44836  | CHEV | 2004 | 1GBJG31U541137149  |
| 15    | C45068  | CHEV | 2004 | 1GBJG31U341137411  |

Southern Delaware Center for Children and Families Inc. shall not be liable for any of the above named vehicles without limitation, acts of God or public enemies, labor disputes, equipment malfunctions, material or component shortages, supplier failures, acts of local, state or national governments, or public agencies, utility or communication failures or delays, fire, earthquakes, flood, epidemics, riots and strikes.

_____          _____
SDCCF                                                                CDI