**EXHIBIT F**

12/20/2005 12:17 3025202990 HAMPTON INN PAGE 02
FROM US ATTORNEYS OFFICE DISTRICT OF DELAWARE (TUE)12.20'05 12:14/ST.12:13/NO.4864638337 P 2

### Declaration of Anita Vestal

My name is Anita Vestal. I am employed as site manager for CDI-Head Start serving western Sussex County, Delaware.

On December 15, 2005, Mr. Ogundare gave me titles to seven vehicles, some children's records for the Seaford Center and records for six former Southern Delaware employees. To my knowledge, CDI has not received any other records of former Southern Delaware employees.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 20th day of December, 2005.

_____
Anita Vestal

1