# EXHIBIT G

12/16/2005 FRI  2:55  FAX                                              ☒001/004

DELJIS Web Applications                                               Page 1 of 4

CONRAD





573-6517

| DELJIS Menu | Web Searches | Support/Help |

## Search Results

Your name search results were returned from the mainframe, and are listed below.
Click on the appropriate Registration Number to continue using the application.

| RETURNED RESULTS: 55 |

\* Indicates Blank Or Missing Information

| Full Name: | Address: | City: | Manufacturer: | Year: | Reg Number: | Expiration Date: |
|---|---|---|---|---|---|---|
| SOUTHERN DELAWARE | PO BOX 366 | SMYRN | ASTR | 1983 | MH009490 | 00/00/0000 |
| SOUTHERN DELAWARE | 31132 SHADY ACRES LN | LAURE | FTWD | 1988 | MH112709 | 00/00/0000 |
| SOUTHERN DELAWARE | LOT 46 DRIFTWOOD | MILLS | FTWD | 1985 | MH010782 | 00/00/0000 |
| SOUTHERN DELAWARE | LOT 34 SUSSEX MANOR | SEAFO | REDM | 1985 | MH016011 | 00/00/0000 |
| SOUTHERN DELAWARE | 540 W DUPONT HWY | MILLS | NEWM | 1979 | MH021571 | 00/00/0000 |
| SOUTHERN DELAWARE | LOT 28 COLONIAL ESTS | MILLS | ZIMM | 1987 | MH022086 | 00/00/0000 |
| SOUTHERN DELAWARE | LOT 54 DRIFTWOOD VLG | MILLS | ZIMM | 1986 | MH022134 | 00/00/0000 |
| SOUTHERN DELAWARE | 4059 N DUPONT HWY | DOVER | FTWD | 1985 | MH016572 | 00/00/0000 |
| SOUTHERN DELAWARE | 29863 SAWMILL DR | DAGSB | FORD | 2000 | RV002405 | 04/15/2007 |
| SOUTHERN DELAWARE | 211 N DUAL HWY | LAURE | WILK | 1995 | MH118576 | 00/00/0000 |
| SOUTHERN DELAWARE | 211 N DUPONT HWY | LAURE | WILK | 1998 | MH118578 | 00/00/0000 |
| SOUTHERN DELAWARE | 25 RAILWAY RD | OCEAN | FORD | 2002 | C0008462 | 01/15/2007 |
| SOUTHERN DELAWARE | 733 SAWMILL DR | DAGSB | TOYT | 2002 | PC170533 | 08/31/2007 |
| SOUTHERN DELAWARE CENTER | 18970 MARANTHA WAY | BRIDG | GMC | 1995 | CL024594 | 05/15/2006 |
| SOUTHERN | | | | | | |

12/16/2005 FRI 2:55 FAX                                                    🖂 002/004

**DELJIS Web Applications**                                              Page 2 of 4

| | | | | | | |
|---|---|---|---|---|---|---|
| DELAWARE CENTER | 18907 UNIT 4 | BRIDG | GMC | 2001 | C0054818 | 02/15/2006 |
| SOUTHERN DELAWARE CENTER | 18970 MARANTHA WAY | BRIDG | GMC | 2002 | CL024524 | 05/15/2006 |
| SOUTHERN DELAWARE CENTER FOR | 525 N FRONT ST | SEAFO | GMC | 1996 | C0020673 | 01/31/2005 |
| SOUTHERN DELAWARE CENTER FOR | RT 3 BOX 13E | BRIDG | CHEV | 1993 | CL074586 | 04/15/2007 |
| SOUTHERN DELAWARE CENTER FOR | 18907 MARANATHA WAY | BRIDG | GMC | 1999 | CL091132 | 02/28/2006 |
| SOUTHERN DELAWARE CENTER FOR | RT 3 BOX 13E | BRIDG | DODG | 1998 | PC091300 | 08/31/2007 |
| SOUTHERN DELAWARE CENTER FOR | 18907 | BRIDG | CHEV | 2002 | C0100061 | 12/15/2006 |
| SOUTHERN DELAWARE CENTER FOR | 18507 MARANATHA WAY | BRIDG | CHEV | 2004 | C0045068 | 08/31/2006 |
| SOUTHERN DELAWARE CENTER FOR | 18507 MARANATHA WAY | BRIDG | CHEV | 2004 | C0044836 | 08/31/2006 |
| SOUTHERN DELAWARE CENTER FOR | 18907 MARANTHA WAY | BRIDG | CHEV | 2004 | C0501578 | 09/15/2006 |
| SOUTHERN DELAWARE COMMUNITIES | 4059 N DUPONT HWY | DOVER | ATLN | 1982 | MH004515 | 00/00/0000 |
| SOUTHERN DELAWARE COMMUNITIES | 540 W DUPONT HWY | MILLS | CIMR | 1984 | MH013977 | 00/00/0000 |
| SOUTHERN DELAWARE COMMUNITIES | 47 LONESTAR MHP | CAMDE | HILC | 1982 | MH028193 | 00/00/0000 |
| SOUTHERN DELAWARE COMMUNITIES | 540 W DUPONT HWY | MILLS | TITA | 1981 | MH028724 | 00/00/0000 |
| SOUTHERN DELAWARE COMMUNITIES | PO BOX 366 | SMYRN | FORD | 2000 | C0006268 | 04/15/2007 |
| SOUTHERN DELAWARE COMMUNITIES | PO BOX 366 | SMYRN | JAYC | 1987 | MII123334 | 00/00/0000 |
| SOUTHERN DELAWARE | RT 3 BOX 13E | SEAFO | MIDB | 2000 | C0033044 | 11/30/2006 |