**EXHIBIT H**

### Declaration of Constance C. Moran

1. I, Constance C. Moran, have been employed by the State of Delaware for two (2) years and ten (10) months. I am an Education Specialist for Early Childhood Education. In that capacity I administer the funds for the State of Delaware's Early Childhood Assistance Program ("ECAP").

2. Southern Delaware Center for Children and Families, Inc. ("Southern Delaware") is a non-profit Delaware corporation that received grants from the State of Delaware pursuant to it's ECAP program each year from 1995 to June 30, 2005. The State of Delaware did not renew it's contract with Southern Delaware for fiscal year 2006 which would have begun July 1, 2005.

3. I, and/or persons acting at my direction, have reviewed records pertinent to Southern Delaware's participation in the Delaware ECAP program. To the best of my knowledge and/or belief, Southern Delaware was not granted any funds from the Delaware ECAP program for the purpose of purchasing buses. I do believe that in fiscal year 1998 the State of Delaware provided funds from it's ECAP program to Southern Delaware to purchase a 1998 Dodge van, serial number 2B4FP2537WA812735, purchase date May 1998.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 19th day of December, 2005.

*Constance C. Moran*
Constance C. Moran