**EXHIBIT I**

WILMINGTON TRUST COMPANY
1100 NORTH MARKET ST
WILMINGTON DE 19890-1872

**WILMINGTON TRUST VISA BUSINESS SERVICES**

| Account number |  |
|---|---|
| New balance | $7,940.48 |
| Minimum Payment Due | $276.00 |
| Payment Due Date | 06/07/05 |

Address or home telephone change? Indicate here:

AMOUNT ENCLOSED   $ _____

Make payable to WILMINGTON TRUST COMPANY

WILMINGTON TRUST COMPANY
PO BOX 15498
WILMINGTON DE 19850-5498


S DE CTR FOR CHILDREN
18907 UNIT 4 MARANATHA
BRIDGEVILLE DE 19933

_Detach this top portion and return payment using enclosed envelope._

 

### VISA BUSINESS ACCOUNT ACTIVITY

| | |
|---|---|
| Account Number | |
| Previous balance | $1,222.78 |
| Payments | $0.00 |
| Credits | $0.00 |
| Purchases & other charges | $6,666.17 |
| Cash advances | $0.00 |
| FINANCE CHARGE | $51.53 |
| New Balance | $7,940.48 |

### CREDIT AND OTHER INFORMATION

| | |
|---|---|
| Statement Date | 05/13/05 |
| Days In Billing Cycle | 30 |
| Credit Line | $10,000 |
| Available Credit as of 05/13/05 | $422 |
| Past Due Amount | $37.00 |
| Minimum Payment Due | $276.00 |
| Payment due date | 06/07/05 |

Send Inquiries to: WILMINGTON TRUST COMPANY
FSC RESEARCH PO BOX 8894 WILMINGTON DE 19899-8894

### VISA BUSINESS TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 04/12 | 04/14 | 2467550370PLZP007 | HAMPTON INNS SEAFORD    302-6294500 DE | 1,073.52 | |
| 04/13 | 04/14 | 244939838064PPK6E | CINGULAR PT03 9232    888-284-3014 AL | 125.94 | |
| 04/15 | 04/15 | 24675503AF9A4WZ6D | HAMPTON INNS SEAFORD    302-6294500 DE | 372.60 | |
| 04/15 | 04/15 | 24675503A0PLZPX7P | HAMPTON INNS SEAFORD    302-6294500 DE | 230.04 | |
| 04/17 | 04/17 | 24610433Q03TYY6BD | ROSES STORE #452 DENTON MD | 7.88 | |
| 04/17 | 04/17 | 24610433Q03T8GYRX | DELL MARKETING L.P.    877-671-3355 TX | 54.90 | |
| 04/18 | 04/18 | 24226383QAFQLP71D | WM SUPERCENTER MILFORD DE | 25.34 | |
| 04/19 | 04/19 | 24323013E3DGEJHJ1 | DOMINO'S PIZZA #04419 SEAFORD DE | 25.00 | |
| 04/19 | 04/19 | 24323013E3QZ6QTSB | DOMINO'S PIZZA #04435 MILFORD DE | 50.00 | |
| 04/22 | 04/22 | 24388943J13MNMSG7 | FTD*GIVENS FLOWERS & G  302-4786231 DE | 30.00 | |
| 04/22 | 04/22 | 24675503HF9A4Z3HY | HAMPTON INNS SEAFORD    302-6294500 DE | 383.40 | |
| 04/22 | 04/22 | 24675503HF9A4Z3LH | HAMPTON INNS SEAFORD    302-6294500 DE | 341.28 | |
| 04/22 | 04/22 | 24675503H0PLZS1LS | HAMPTON INNS SEAFORD    302-6294500 DE | 306.72 | |
| 04/25 | 04/25 | 24625733KDE2PG56N | GOODEN'S FLORAL SHOP & MILFORD DE | 43.00 | |
| 04/29 | 04/29 | 24675503RF9A517XJ | HAMPTON INNS SEAFORD    302-6294500 DE | 383.40 | |
| 04/29 | 04/29 | 24675503R0PLZW5ZL | HAMPTON INNS SEAFORD    302-6294500 DE | 306.72 | |
| 04/30 | 04/30 | 24675503T0PLZWFPA | HAMPTON INNS SEAFORD    302-6294500 DE | 153.36 | |
| 05/02 | 05/02 | 24224433W9BRN0K4D | TONYS PIZZA AND P BRIDGEVILLE DE | 23.25 | |

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.
Customer Service Inquiries, call
302-652-2378    800-523-2378

To report a lost/stolen Credit Card or Quick Check Card
302-636-6621

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

7623  M3D  1   13    D  7       Page 1 of 2        3996  5670   BUS1  0001  050513  O1AD7623   4625

**WILMINGTON TRUST VISA BUSINESS SERVICES**

Account number

S DE CTR FOR CHILDREN
18907 UNIT 4 MARANATHA
BRIDGEVILLE DE 19933

### VISA BUSINESS TRANSACTIONS

| TRANSACTION DATE | POST DATE | REFERENCE NUMBER | ACTIVITY SINCE LAST STATEMENT | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|
| 05/02 | 05/02 | 24675503V0PLZX36V | HAMPTON INNS SEAFORD   302-6294500 DE | 223.56 | |
| 05/04 | 05/04 | 24046243W2KS6X5B8 | SUBWAY #27834 BRIDGEVILLE DE | 4.99 | |
| 05/04 | 05/04 | 24164073XKW6N8ZW6 | AMOCO OIL   03770534 BRIDGEVILLE DE | 4.27 | |
| 05/06 | 05/06 | 24675503ZF9A53Q94 | HAMPTON INNS SEAFORD   302-6294500 DE | 383.40 | |
| 05/06 | 05/06 | 24675503Z0PLZYA8X | HAMPTON INNS SEAFORD   302-6294500 DE | 536.76 | |
| 05/07 | 05/07 | 2438894406NATXFTH | BEST ACE HARDWARE MILFORD DE | 17.36 | |
| 05/08 | 05/08 | 24610434103R1ET0L | DELL MARKETING-COMPANY 12877-671-3355 TX | 1,064.00 | |
| 05/09 | 05/09 | 24610434209FB1JZ7 | THE HOME DEPOT 2561 SALISBURY MD | 83.83 | |
| 05/10 | 05/10 | 2467550430PLZZHAX | HAMPTON INNS SEAFORD   302-6294500 DE | 306.72 | |
| 05/11 | 05/11 | 2444500443WEGHDDF | 84 LUMBER COMPANY #1010 MILFORD DE | 104.93 | |
| 05/13 | 05/13 | *FINANCE CHARGE* | PURCHASES $51.53 CASH ADVANCE $0.00 | 51.53 | |

YOUR ACCOUNT IS PAST DUE. PLEASE PAY

THE MINIMUM AMOUNT DUE IMMEDIATELY.

### FINANCE CHARGE CALCULATION

| | BALANCE SUBJECT TO FINANCE CHARGE | NOMINAL APR | ANNUAL PERCENTAGE RATE (APR) | DAILY PERIODIC RATE | FINANCE CHARGE |
|---|---|---|---|---|---|
| Purchases | $4,957.37 | 12.650% | 12.650% | 0.0347% | $51.53 |
| Cash Advances | $0.00 | 12.650% | 12.650% | 0.0347% | $0.00 |

### QUICK TIPS

PARA ASISTENCIA EN ESPAÑOL,
LLAME 1-800-523-2378 Y OPRIMA EL NUMERO DOS.

For more information about Wilmington Trust Services, visit us on our web site at www.wilmingtontrust.com.

Customer Service Inquiries, call   302-652-2378   800-523-2378

To report a lost/stolen Credit Card or Quick Check Card   302-636-6621

7623   M3D   1   13   D   7   Page 2 of 2   3996   5670   BUS1   0001   050513   O1AD7623   4625