**EXHIBIT L**



**Delaware Department of Education**

# DEPARTMENT OF EDUCATION
THE TOWNSEND BUILDING
401 Federal Street Suite 2
DOVER, DELAWARE 19901
DOE WEBSITE: http://www.doe.state.de.us

ADMIN. FOR CHILDREN & FAMILIES
FISCAL
05 DEC 19 PM 2:51

Valerie A. Woodruff
Secretary of Education
Voice: (302) 739-4601
FAX: (302) 739-4654

p/19
EdV

December 12, 2005

David Lett, Regional Administrator
Administration for Children and Families
U.S. Department of Health and Human Services
Suite 864
150 S. Independence Mall West
Philadelphia, PA 19106

Dear Mr. Lett:

The Delaware Department of Education gives the Administration for Children and Families of the U.S. Department of Health and Human Services all rights to take temporary possession of equipment purchased wholly or in part with Delaware Early Childhood Assistance Program funds by the Southern Delaware Center for Children and Families. This would include equipment located at the Southern Delaware Center for Children and Families Administrative Office, Laverty Lane Head Start, Seaford Head Start, and the Milford Head Start.

The Administration for Children and Families and the Delaware Department of Education will inventory the items received and jointly determine an appropriate and acceptable division of property. The division of property jointly owned by the federal government and the State of Delaware will be determined within thirty (30) days after the Southern Delaware Center for Children and Families has relinquished all property to the Administration for Children and Families. Possession of the agreed upon property, by the state of Delaware or its designee, will occur within sixty (60) days of the determination of ownership.

Sincerely,

Valerie A. Woodruff
Secretary of Education

cc: Martha Brooks, DEDOE          Bob Sullivan, Reg. III ACF
    Bob Curatola, Reg. III ACF    Martha Toomey, DEDOE
    Connie Moran, DEDOE           Ed Vreeswyk, Reg. III ACF
    Francis Ogundare, SDCCF Bd. Pres.

EDUCATION INFO LINE:
(877) 838-3787

THE DELAWARE DEPARTMENT OF EDUCATION IS AN EQUAL OPPORTUNITY EMPLOYER. IT DOES NOT DISCRIMINATE ON THE BASIS OF RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX, SEXUAL ORIENTATION, MARITAL STATUS, DISABILITY, AGE OR VIETNAM ERA VETERAN'S STATUS IN EMPLOYMENT, OR ITS PROGRAMS OR ACTIVITIES.

TEACHER CERTIFICATION INFO:
(888) 759-9133