

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*1007 N.Orange Street, Suite 700*          *(302) 573-6277*
*P.O. Box 2046*                              *FAX (302) 573-6220*
*Wilmington, Delaware 19899-2046*            *TTY (302) 573- 6274*
                                             *Toll Free (888) 293-8162*

December 21, 2005

**BY FACSIMILE – URGENT**

Ms. Carolyn Williams
Director, Southern Delaware Center for Children and Families, Inc.
Fax # (302) 628-3001

    Re:    <u>United States Department of Health and Human Services. v. Southern Delaware Center for Children and Families, Inc. et al., No. 05-809 (D. Del.)</u>

Dear Ms. Williams:

    I write to inform you that I received a telephone call this morning from the chambers of Judge Kent A. Jordan, who is presiding over the lawsuit the United States has filed against you, the Southern Delaware Center for Children and Families, Inc. ("Southern Delaware"), and the other members of Southern Delaware's board of directors. Judge Jordan would like to have a teleconference with the parties **today, December 21, 2005, at 11:30 a.m.**, and would like you (or your attorney, if you have one) to participate. Would you (or your attorney) please call me or Judge Jordan's chambers today, before **10 a.m.**, so that I can confirm for the Court that you will participate in the teleconference? I can be reached at (302) 573-6209. You can reach Judge Jordan's chambers at (302) 573-6001.

                              Yours truly,

                              COLM F. CONNOLLY
                              United States Attorney

                      By:   <u>/s/ Seth M. Beausang</u>
                            Seth M. Beausang (I.D. No. 4071)
                            Assistant United States Attorney

cc:    The Honorable Kent A. Jordan, U.S. District Judge (by E-File)