IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                Plaintiff,<br><br>v.<br><br>SOUTHERN DELAWARE CENTER FOR CHILDREN AND FAMILIES, INC., FRANCIS A. OGUNDARE, CAROLYN WILLIAMS, REVEREND LEON WILLIAMS, WILLIAM B. DUFFY, WALLACE F. HANDY, KATHERINE H. LEWIS, DEBORAH WASHINGTON and ROSAMAE I. SMITH,<br><br>                Defendants. | Civil Action No. 05-809-KAJ |

## ORDER

Having reviewed plaintiff's letter of December 20, 2005 to the court (Docket Item ["D.I."] 32) regarding defendants' alleged failure to fully comply with the December 7, 2005 Order in this case (D.I. 26; the "Order"), and having attempted without success to include defendants Ogundare and Williams in a telephone conference today,

IT IS HEREBY ORDERED that a hearing to allow the defendants to show cause why they should not be held to have violated the Order will be held on **December 29, 2005** beginning at 10:00 a.m. and concluding at 11:00 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

                                                                 /s/ Kent Jordan
                                                     UNITED STATES DISTRICT JUDGE

Dated:    December 21, 2005
Wilmington, Delaware