**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br><br>                Plaintiff,<br><br>    v.<br><br>SOUTHERN DELAWARE CENTER<br>FOR CHILDREN AND FAMILIES, INC.,<br>FRANCIS A. OGUNDARE, CAROLYN<br>WILLIAMS, REVEREND LEON<br>WILLIAMS, WILLIAM B. DUFFY,<br>WALLACE F. HANDY, KATHERINE H.<br>LEWIS, DEBORAH WASHINGTON and<br>ROSAMAE I. SMITH,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-809-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Having reviewed plaintiff's letter of December 20, 2005 to the court (Docket Item ["D.I."] 32) regarding defendants' alleged failure to fully comply with the December 7, 2005 Order in this case (D.I. 26; the "Order"), and having attempted without success to include defendants Ogundare and Williams in a telephone conference today,

IT IS HEREBY ORDERED that a hearing to allow the defendants to show cause why they should not be held to have violated the Order will be held on **December 29, 2005** beginning at 10:00 a.m. and concluding at 11:00 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

Dated:   December 21, 2005
Wilmington, Delaware