**EXHIBIT D**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES DEPARTMENT OF :
HEALTH AND HUMAN SERVICES, :
                                  :
        Plaintiff,                :
                                  :   Civil Action No. 05-809-KAJ
        v.                        :
                                  :
SOUTHERN DELAWARE CENTER          :
FOR CHILDREN AND FAMILIES, INC.   :
FRANCIS A. OGUNDARE, CAROLYN      :
WILLIAMS, REVEREND LEON           :
WILLIAMS, WILLIAM B. DUFFY,       :
WALLACE F. HANDY, KATHERINE       :
H. LEWIS, DEBORAH WASHINGTON      :
and ROSAMAE I. SMITH,             :
                                  :
        Defendants.               :

**ORDER**

AND NOW, this _____ day of _____, 2005, after a hearing in which Defendants Ogundare and Williams appeared and were allowed to show cause why they should not be held to have violated the Court's December 7, 2005, Order, having found that Ogundare and Williams are refusing to comply that Order,

IT IS HEREBY ORDERED that Williams and Ogundare are adjudged in civil contempt of the Court's Order; and

IT IS FURTHER ORDERED that Williams and Ogundare shall each pay to the United States Treasury $_____ per day until they (1) give CDI and DHHS access to the Laverty Lane Child Care Center at 2 Laverty Lane, Bridgeville, Delaware 19933, and turn over to CDI or DHHS the lease associated with that facility; (2) turn over to CDI or DHHS all vehicle keys and titles possessed by Southern Delaware that were purchased with Head Start funds, and all

equipment and supplies that Southern Delaware possesses that were purchased with Head Start funds; (2) provide CDI and DHHS with a final inventory that lists all equipment Southern Delaware acquired with Head Start funds or that is otherwise federally owned; and (4) grant CDI and DHHS unrestricted access to any books, documents, papers, or other records of recipients that are pertinent to Southern Delaware's Grant, in order to make audits, examinations, excerpts, transcripts and copies of such documents, or until further Order of the Court.

_____
UNITED STATES DISTRICT JUDGE

Dated:
Wilmington, Delaware