## DECLARATION OF ED McCUSKER

I, Ed McCusker, declare that this *23 E.L.M.* 22nd day of December, 2005, I ~~personally served~~ **left in the front door** at the residence of Carolyn Williams, 24143 King Road, Seaford, Delaware 19973, with a copy of the United States' Memorandum of Law in Support of a Proposed Order Imposing Sanctions on Defendants Williams and Ogundare for Civil Contempt of the Court's December 7, 2005 Order, with exhibits.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this *23 E.L.M.* 22nd day of December, 2005.

Ed McCusker