## DECLARATION OF ED McCUSKER

I, Ed McCusker, declare that this 22nd [23 E.L.M.] day of December, 2005, I personally served FRANCIS A. OGUNDARE at the residence of Francis A. Ogundare, 14245 Shiloh Church Road, Laurel, Delaware 19956, with a copy of the United States' Memorandum of Law in Support of a Proposed Order Imposing Sanctions on Defendants Williams and Ogundare for Civil Contempt of the Court's December 7, 2005 Order, with exhibits.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 22nd [23 E.L.M.] day of December, 2005.

Ed McCusker