IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOUTHERN DELAWARE CENTER )<br>FOR CHILDREN AND FAMILIES, INC., )<br>FRANCIS A. OGUNDARE, CAROLYN )<br>WILLIAMS, REVEREND LEON )<br>WILLIAMS, WILLIAM B. DUFFY, )<br>WALLACE F. HANDY, KATHERINE H. )<br>LEWIS, DEBORAH WASHINGTON and )<br>ROSAMAE I. SMITH, )<br>)<br>Defendants. ) | Civil Action No. 05-809-*** |

FILED
FEB 1 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## ORDER

At Wilmington this 12th day of February, 2007,

A letter was sent by counsel to the Court (D.I. 42) dated February 2, 2006 indicating that assistance from the Court may no longer be needed;

IT IS HEREBY ORDERED that counsel shall submit a status report to the Court on or before February 23, 2007.

_____
UNITED STATES MAGISTRATE JUDGE