IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES, | : <br> : <br> : | |
| Plaintiff, | : <br> : <br> : | Civil Action No. 05-809 |
| v. | : <br> : | |
| SOUTHERN DELAWARE CENTER<br>FOR CHILDREN AND FAMILIES, INC.<br>FRANCIS A. OGUNDARE, CAROLYN<br>WILLIAMS, REVEREND LEON<br>WILLIAMS, WILLIAM B. DUFFY,<br>WALLACE F. HANDY, KATHERINE<br>H. LEWIS, DEBORAH WASHINGTON<br>and ROSAMAE I. SMITH, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2007, it is ORDERED that the above-captioned action is STAYED for sixty (60) days. At the conclusion of the stay, counsel for the government will notify the Court either that Plaintiff wishes to proceed with this action, or Plaintiff will voluntarily dismiss the Complaint.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE