IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | : : : | |
| Plaintiff, | : : | Civil Action No. 05-809-*** |
| v. | : : | |
| SOUTHERN DELAWARE CENTER FOR CHILDREN AND FAMILIES, INC. FRANCIS A. OGUNDARE, CAROLYN WILLIAMS, REVEREND LEON WILLIAMS, WILLIAM B. DUFFY, WALLACE F. HANDY, KATHERINE H. LEWIS, DEBORAH WASHINGTON and ROSAMAE I. SMITH, | : : : : : : : : : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff United States Department of Health and Human Services hereby dismisses without prejudice its Complaint against all Defendants.

DATED: August 6, 2007.

                                                            Respectfully Submitted,

                                                            COLM F. CONNOLLY
                                                            United States Attorney

                                               By:  /s/ Seth M. Beausang
                                                   Seth M. Beausang (I.D. No. 4071)
                                                   Assistant United States Attorney
                                                   The Nemours Building
                                                   1007 Orange Street, Suit 700
                                                   P.O. Box 2046
                                                   Wilmington, DE 19799-2046
                                                   (302) 573-6277
                                                   Seth.Beausang@usdoj.gov

## CERTIFICATE OF SERVICE

I, Seth M. Beausang, hereby attest under penalty of perjury that on this 6th day of August, 2007, I caused a copy of the United States' Notice of Voluntary Dismissal to be served on the following pro se Defendants by First Class Mail at the following addresses:

Carolyn D. Williams (personally and on behalf of Defendant Southern Delaware Center for Children and Families, Inc.)
24143 King Road
Seaford, DE 19973

Francis A. Ogundare
14245 Shiloh Church Road
Laurel, DE 19956

Reverend Leon Williams
209 N. North Street
Seaford, DE 19973

William B. Duffy
29494 Millsboro Highway
Millsboro, DE 19966

Wallace F. Handy
31732 Old Stage Road
Laurel, DE 19956

Katherine H. Lewis
6754 Seashore Highway
Bridgeville, DE 19933

Deborah Washington
10 Church Street
Bridgeville, DE 19933

Rosamae I. Smith
4574 White Deer Road
Delmar, DE 19940

/s/ Seth M. Beausang
Seth M. Beausang (DE I.D. No. 4071)